UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REGINA BOLDEN-WHITAKER, <br> 5812 Jackies Way <br> Clinton, MD 20735, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CAPITOL POLICE <br>   BOARD, <br> 119 D Street, N.E. <br> Washington, DC 20510, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No._____ <br> ) <br> ) <br> ) **RELATED CASE** <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) <br> ) |

**COMPLAINT**

1.   Plaintiff Regina Bolden-Whitaker, by and through undersigned counsel, hereby files her Complaint of retaliation in violation of the Congressional Accountability Act, 2 U.S.C. § 1311 et seq. challenging the U.S. Capitol Police's imposition of a CP-535 charge of breach of the Duty to Obey on May 3, 2006. Officer Bolden-Whitaker is seeking a clean record, injunctive relief, posting of notices, compensatory damages, and the reasonable attorney fees and expenses of bringing this action.

**Jurisdiction and Venue**

2.   This Court has jurisdiction of this case under the Congressional Accountability Act, 2 U.S.C. § 1408. Further, this

1

Court has jurisdiction over this Complaint because questions of federal law are presented, pursuant to 28 U.S.C. § 1331. All of the acts complained of took place within the District of Columbia during the course of Plaintiff's employment.

3. This Court is the proper venue pursuant to 28 U.S.C. § 1391. Defendant Police Board and its Police Force are located in the District of Columbia, where they operate and have jurisdiction.

### Exhaustion of Administrative Remedies

4. Plaintiff has exhausted her administrative remedies by completing counseling and in-person mediation with the Office of Compliance as required. Pursuant to 2 U.S.C. §§ 1402, 1403, and 1404(2), Plaintiff files this Complaint on April 17, 2007, within 90 days of the receipt on January 19, 2007 of her end of mediation notice dated January 17, 2007.

### Parties

5. Plaintiff Regina Bolden-Whitaker (African American) is currently a United States Capitol Police Officer. Officer Bolden-Whitaker was also the lead Plaintiff in <u>Regina Bolden-Whitaker v. United States Capitol Police Board</u>, Civil Action No. 03-2644 (EGS), which has been consolidated with <u>Sharon Blackmon-Malloy, et al. v. United States Capitol Police Board</u>, Civil

Action No. 01-02221 (EGS), both of which cases are related to this case.

6.   The Defendant is the United States Capitol Police Board, 119 D Street, N.E., Washington, DC 20510. Defendant is Plaintiff's employer and is being sued because it has harassed and retaliated against Officer Bolden-Whitaker in retaliation for her protected EEO activity in the Blackmon-Malloy and Bolden-Whitaker cases.

## Facts

7.   Officer Bolden-Whitaker has been an employee of the U.S. Capitol Police since August 21, 1985. An African American, she is a named Plaintiff in the <u>Blackmon-Malloy</u> proposed class action. The Capitol Police has retaliated against Officer Bolden-Whitaker for her participation in that suit. On April 10, 2003, she was asked to sign a deputation form she did not recognize. Since she did not fully understand the effect of that document, and because it was not adequately explained to her, Officer Bolden-Whitaker did not wish to sign it at that time and declined to do so. Management had previously given a list to Officer Bolden-Whitaker of the documents she was expected to sign as a an employee; the deputation form was not on that list.

8. The Defendant's response was swift and harshly disproportionate. Officer Bolden-Whitaker was immediately suspended. The next day, April 11, 2003, Deputy Chief McGaffin (white) explained the deputation form to Officer Bolden-Whitaker, and she signed it and was reinstated. Nevertheless, on April 29, 2003, Lieutenant Harry Wall (white) signed a Form CP-535 Request for Disciplinary Action accusing Officer Bolden-Whitaker of refusing to obey orders, and he forwarded it to the Internal Affairs Division for investigation. A Form 535 becomes part of an Officer's permanent record and can serve as the basis for termination for any future offense. At the time the Request for Disciplinary Action was issued, Officer Bolden-Whitaker challenged it as retaliation under the Congressional Accountability Act in <u>Regina Bolden-Whitaker v. United States Capitol Police Board</u>, Civil Action No. 03-2644 (EGS).

9. On May 3, 2006, over three years later but while the above cases were still pending, Acting Assistant Chief Larry Thompson issued a memorandum sustaining the retaliatory charge against Officer Bolden-Whitaker in which he explicitly stated that "[i]n accordance with Departmental policy, the CP-535 will remain part of your personnel record." Officer Bolden-Whitaker maintains that this action is unjustified and purely

retaliatory, and therefore brings this case challenging Assistant Chief Thompson's imposition of the retaliatory and discriminatory discipline levied against Officer Bolden-Whitaker.

## Causes of Action

10. Defendant is liable to Plaintiff for violation of the Congressional Accountability Act, 2 U.S.C. § 1317, by unlawfully retaliating against her for her protected EEO activity in participating in the Blackmon-Malloy and Bolden-Whitaker employment discrimination cases.

## Prayer for Relief

11. WHEREFORE, Plaintiff respectfully requests this Court to:

    a. Order the United States Capitol Police to expunge and destroy all records related to the CP-535 disciplinary action against Officer Bolden-Whitaker;

    b. Issue a permanent injunction prohibiting the United States Capitol Police, its officers, agents, employees and successors, from engaging in the retaliatory employment practices stated herein;

    c. Order the United States Capitol Police to post prominent notices throughout the headquarters of the Capitol

Police indicating that a violation of the Congressional Accountability Act has occurred and that retaliation for EEO activity is prohibited by law;

  d. Award compensatory damages to Plaintiff appropriate to the proof at trial;

  e. Award reasonable attorney fees and costs, including expert fees, pursuant to 2 U.S.C. § 1311, 42 U.S.C. § 2000e _et seq._, and 42 U.S.C. § 1988; and

  f. Order such other and further relief as the Court deems just and proper.

### Jury Trial Demand

12. Plaintiff hereby demands a jury trial on all counts triable by a jury.

 

       _____
       JOSEPH D. GEBHARDT
        (D.C. Bar #113894)
       CHARLES W. DAY, JR.
        (D.C. Bar #459820)
       GEBHARDT & ASSOCIATES, LLP
       1101 17th Street, N.W.
       Suite 807
       Washington, DC 20036-4716
       (202) 496-0400

April 17, 2007      Attorneys for Plaintiff

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
Regina Bolden-Whitaker

88858

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Joseph D. Gebhardt, Esq.
Charles W. Day, Jr., Esq.,
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W., Suite 807
Washington, DC 20036-4716

## DEFENDANTS
United States Capitol Police Board

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** 11001
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**ATTORNEYS (IF KNOWN)**

Case: 1:07-cv-00703
Assigned To : Sullivan, Emmet G.
Assign. Date : 4/17/2007
Description: BOLDEN-WHITAKER V US CAPITOL POLICE

JURY ACTION

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 3 Federal Question (U.S. Government Not a Party)
⊙ 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other) OR ○ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☒ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ● 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 USC 2000

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ 300,000   Check YES only if demanded in complaint
JURY DEMAND: YES ☒ NO ☐

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  YES ☒  NO ☐  If yes, please complete related case form.

DATE 4/17/07    SIGNATURE OF ATTORNEY OF RECORD _[signature]_

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.