UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REGINA BOLDEN-WHITAKER,          )
                                 )
      Plaintiff,                 )
                                 )
  v.                             ) Civil Action No. 07-0703 (EGS)
                                 )
U.S. CAPITOL POLICE BOARD,       )
                                 )
      Defendant.                 )
_____)

**PROOF OF SERVICE**

    I HEREBY CERTIFY that a copy of the Summons and Complaint in the above-captioned case was served pursuant to Rule 4(i) of the Federal Rules of Civil Procedure on the 20th day of July, 2007, via certified mail, return receipt requested, upon the United States Attorney General as follows:

> Hon. Alberto Gonzales
> U.S. Attorney General
> U.S. Department of Justice
> Room 5111, Main Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, DC 20530

See Exhibit 1 (Copy of Certified Mail Card).

    I further certify that a copy of the Summons and Complaint in the above-captioned case was similarly served on the 25th day of July, 2007, upon the United States Capital Police Board as follows:

> U.S. Capital Police Board
> 119 D Street, N.E.
> Washington, DC 20510

See Exhibit 1 (Copy of Certified Mail Card).

    I further certify that a copy of the Summons and Complaint

in the above-captioned case was similarly served on the 6th day of August, 2007, upon the United States Attorney as follows:

>Hon. Jeffrey A. Taylor
>U.S. Attorney's Office
>555 4th Street, N.W.
>Washington, DC 20350

See Exhibit 1 (Copy of Certified Mail Card).

>Respectfully Submitted,
>
>_____/s/_____
>JOSEPH D. GEBHARDT
>    (D.C. Bar No. 113894)
>CHARLES W. DAY, JR.
>    (D.C. Bar No. 459820)
>GEBHARDT & ASSOCIATES, LLP
>1101 17th Street, N.W.
>Suite 807
>Washington, DC 20036-4716
>(202) 496-0400

September 13, 2007                    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Proof of Service and Exhibit 1 was served this 13th day of September 2007, via first class mail, postage prepaid, upon counsel for the Defendant as follows:

>Hon. Jeffrey A. Taylor
>U.S. Attorney's Office
>Judiciary Center Building, 10th Floor
>555 4th Street, N.W.
>Washington, DC 20350
>
>        _____/s/_____
>        CHARLES W. DAY, JR.

# EXHIBIT 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Hon. Alberto Gonzales
   Attorney General
   US Department of Justice
   Room 5111, Main Justice
   10th + Constitution Ave NW
   Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
JUL 20 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   GEBHARDT
   RECEIVED
   JUL 23 '07

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7006 2150 0001 1252 0602

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   US. CAPITOL POLICE BD
   119 D St, N.E.
   Washington, DC 20510

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
JACKIE NELOMS                     7/25/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☑ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7006 2150 0001 1252 0619

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | | |
|---|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Earnest L. Parker_ | ☐ Agent<br>☐ Addressee | |
| | B. Received by (Printed Name)<br>AUG 0 6 2007 | C. Date of Delivery | |
| 1. Article Addressed to:<br><br>Hon. Jeffrey A. Taylor<br>U.S. Attorney<br>555 4th St, NW<br>Washington, DC<br>20350 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | | |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | | |
| | 4. Restricted Delivery? (Extra Fee) | | ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | | | |
| PS Form 3811, February 2004 | Domestic Return Receipt | | 102595-02-M-1540 |