UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REGINA BOLDEN-WHITAKER**  )<br>5812 Jackies Way                              )<br>Clinton, MD 20735                         )<br>                                                      )<br>            **Plaintiff,**                   )<br>                                                      )<br>    v.                                               )<br>                                                      )<br>**UNITED STATES CAPITOL POLICE** )<br> **BOARD**                                    )<br>119 D Street, N.E.                          )<br>Washington, D.C.  20510              )<br>                                                      )<br>            **Defendants.**               )<br>                                                      ) | Civil Action No. 07-0703 (EGS)<br>(ECF) |

## NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Andrea McBarnette, Assistant United States Attorney, as counsel of record for the federal defendant, in the above-captioned case.

Respectfully submitted,

/s/
_____
ANDREA McBARNETTE
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7153
(202) 514-8780 (facsimile)