UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REGINA BOLDEN-WHITAKER,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. CAPITOL POLICE BOARD,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 07-0703 (EGS)<br>)<br>)<br>)<br>) |

**JOINT MOTION FOR ONE-WEEK
EXTENSION OF TIME TO FILE RULE 16.3 REPORT**

The parties, by and through undersigned counsel, hereby move this Honorable Court to grant a one-week extension of time to file their Rule 16.3 Report in the above-captioned case to and including November 27, 2007.

Counsel for the parties are still working out details of the Report and the proposed schedule and are currently collaborating on a draft of the Report. Counsel are requesting this additional time in light of the press of work on other cases before this Court right before the Thanksgiving holiday.

Respectfully submitted,

| | |
|---|---|
| _____/s/_____<br>JOSEPH D. GEBHARDT<br>D.C. Bar No. 113894<br>CHARLES W. DAY, Jr.<br>D.C. Bar No. 459820<br>GEBHARDT & ASSOCIATES, LLP,<br>1101 17th Street, N.W.<br>Suite 807<br>Washington, DC 20036-4716<br>(202) 496-0400<br><br>Counsel for Plaintiff | JEFFREY A. TAYLOR,<br>D.C. BAR # 498610<br>United States Attorney<br><br>RUDOLPH CONTRERAS,<br>D.C. BAR # 434122<br>Assistant U.S. Attorney<br><br>_____/s/_____<br>ANDREA McBARNETTE,<br>D.C. Bar  # 483789<br>Assistant U.S. Attorney<br>Center Building<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530<br>(202) 514-7153<br><br>Counsel for Defendant |

November 20, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REGINA BOLDEN-WHITAKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-0703 (EGS) |
| | ) |
| U.S. CAPITOL POLICE BOARD, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

UPON CONSIDERATION of the parties' Joint Motion for One-week Extension of Time to File Rule 16.3 Report and the full record, it is hereby this \_\_\_\_ day of November, 2007, **ORDERED:**

1. That the parties' Motion is GRANTED; and

2. That the parties' Rule 16.3 Report shall be filed on or before November 27, 2007.

 

EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE